## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM FRANKLIN** | *<br>*  CIVIL ACTION NO.: 3:22-cv-00772<br>* |
| **VERSUS** | *  JUDGE SHELLY D. DICK<br>* |
| **ALLSTATE VEHICLE AND**<br>**PROPERTY INSURANCE COMPANY** | *<br>* MAG. RICHARD L. BOURGEOIS, JR. |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **ORDER**

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED** that the above numbered and entitled cause be and the same is hereby dismissed, with full prejudice, each party to bear its own costs of court.

Baton Rouge, Louisiana, this   21st   day of   November  , 2024.

_____
**THE HONORABLE SHELLY D. DICK**
**UNITED STATES DISTRICT JUDGE**